IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELOMI MONGE VILLALTA,<br><br>           Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER JR, Attorney General, JANET NAPOLITANO, Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>           Defendant.<br>_____/ | No. C 11-03021 WHA<br><br>**ORDER REQUIRING U.S. MARSHAL TO PERSONALLY SERVE SPECIFIED DOCUMENTS** |

*Pro se* plaintiff Selomi Monge Villalta has submitted a filing, indicating that defendants have failed to timely answer the complaint. Due to defendants' failure to answer the complaint, plaintiff requests the "court to continues [sic] with the 'Breach of ABC settlement agreement and injunctive relief'"(Dkt. No. 17 at 2). No such relief will be granted at this time as the defendants have not been properly served.

An order previously issued ordering the Clerk of the Court to issue summons to defendants in the above-captioned action and requiring the U.S. Marshal to serve, without prepayment of fees, the documents listed therein (Dkt. No. 10). The Clerk of the Court issued summons to all defendants. However, the docket does not reflect that the U.S. Marshal properly served all defendants with the required documents.

The U.S. Marshal is ordered to personally serve, without prepayment of fees, all defendants with the summons, complaint, any amendments, attachments, scheduling orders, plaintiff's affidavit, and this order upon defendants.

**IT IS SO ORDERED.**

Dated:  February 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE