IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELOMI MONGE VILLALTA,<br><br>        Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER, JR., Attorney General;<br>JANET NAPOLITANO, Secretary of the<br>Department of Homeland Security;<br>DEPARTMENT OF HOMELAND SECURITY;<br>and U.S. CITIZENSHIP AND IMMIGRATION<br>SERVICES,<br><br>        Defendants.<br>                                                / | No. C 11-03021 WHA<br><br>**ORDER DENYING**<br>**DEFAULT JUDGMENT** |

       In this immigration action, *pro se* plaintiff Selomi Monge Villalta moves for default judgment against defendants Eric H. Holder, Janet Napolitano, Department of Homeland Security, and U.S. Citizenship and Immigration Services (Dkt. No. 20).

       FRCP 55 *requires* a two-step process for obtaining a default judgment: (1) entry of default by the court clerk pursuant to Rule 55(a) and (2) entry of judgment by either the clerk or the court pursuant to Rule 55(b). *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). On January 4, 2012, plaintiff moved for entry of default (Dkt. No. 15). On January 12, the court clerk declined to enter default (Dkt. No. 16). On February 29, plaintiff filed a motion for default

judgment (Dkt. No. 20). Under *Eitel*, plaintiff had not completed the first step necessary to obtain a default judgment. Furthermore, an order issued on February 29 stating that the docket reflected that defendants had not been properly served a copy of the complaint (Dkt. No. 19). For these reasons, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 16, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE