United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELOMI MONGE VILLALTA,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER JR, Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants.<br>                                                / | No. C 11-03021 WHA<br><br>**ORDER TO SHOW CAUSE<br>AND VACATING HEARING** |

On April 5, 2012, defendants Department of Homeland Security, Eric H. Holder, Jr., Janet Napolitano, and U.S. Citizenship Immigration Services filed a motion to dismiss plaintiff's complaint. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due April 19. None was received. *Pro se* plaintiff Selomi Villalta is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order by **MAY 21, 2012**. If no response is filed, the motion to dismiss may be granted. The motion hearing set for June 21, 2012 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: April 30, 2012.

                                                          WILLIAM ALSUP<br>
                                                          UNITED STATES DISTRICT JUDGE