IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SELOMI MONGE VILLALTA,

        Plaintiff,

  v.

ERIC H. HOLDER JR, Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

        Defendants.

No. C 11-03021 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On April 5, 2012, defendants Department of Homeland Security, Eric H. Holder, Jr., Janet Napolitano, and U.S. Citizenship Immigration Services filed a motion to dismiss plaintiff's complaint. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition to the motion was due April 19. None was received. *Pro se* plaintiff Selomi Villalta is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute. Plaintiff must file a written response to this order by **MAY 21, 2012**. If no response is filed, the motion to dismiss may be granted. The motion hearing set for June 21, 2012 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: April 30, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE