**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SELOMI MONGE VILLALTA,

    Plaintiff,

  v.

ERIC H. HOLDER JR, Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendants.

No. C 11-03021 WHA

**ORDER RE RESPONSE TO ORDER TO SHOW CAUSE AND SETTING HEARING DATE**

*Pro se* plaintiff Selomi Monge Villalta has filed a timely response to the order to show cause along with a "memorandum contra to defendants motion to dismiss." The opposition brief will be accepted and is deemed filed. Defendants' reply has been received. The motion to dismiss will be heard at **8:00 A.M. ON JUNE 21, 2012.**

**IT IS SO ORDERED.**

Dated: June 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE