IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELOMI MONGE VILLALTA,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC H. HOLDER JR, Attorney General, JANET NAPOLITANO, Secretary of the Department of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendants.<br>_____ / | No. C 11-03021 WHA<br><br>**ORDER RE RESPONSE TO ORDER TO SHOW CAUSE AND SETTING HEARING DATE** |

*Pro se* plaintiff Selomi Monge Villalta has filed a timely response to the order to show cause along with a "memorandum contra to defendants motion to dismiss." The opposition brief will be accepted and is deemed filed. Defendants' reply has been received. The motion to dismiss will be heard at **8:00 A.M. ON JUNE 21, 2012.**

**IT IS SO ORDERED.**

Dated: June 7, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE